UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CERVECERIA MODELO, S.de.R.L.de.C.V.  :
formerly known as CERVECERIA MODELO, :
S.A. DE C.V.,                        :
                                     :
                Plaintiff,           :     13 Civ. 313 (JSR)
                                     :
           -v-                       :     ORDER
                                     :
FLAIR BEVERAGES, CORP. and CITY      :
ISLAND WHOLESALE BEER CORP.,         :
                                     :
                Defendants.          :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

                                                 JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 29, 2013